UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-5812 RSWL(JCx) | Date | October 24, 2017 |
|---|---|---|---|
| Title | NNG, Kft. v. Epsilon Electronics, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad/ Donnamarie Luengo, Relief | N/A | C/S 10/24/17 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| G. Warren Bleeker | Saul S. Rostamian |

**Proceedings:** **FURTHER SETTLEMENT CONFERENCE AND ORDER CONTINUING HEARING ON PLAINTIFF'S APPLICATIONS FOR WRITS OF ATTACHMENT (DOCKET NOS. 25-27)**

Plaintiff's Applications for Issuance of Right to Attach Order and Orders for Issuance of Writs of Attachment ("Plaintiff's Applications") were set for hearing this date. At the time appointed for the hearing, and at the parties' request, the Court converted such hearing to an impromptu further settlement conference.

G. Warren Bleeker, counsel for plaintiff, appeared. Saul S. Rostamian, counsel for defendants, appeared with defendant and principal for Epsilon Electronics, Inc., Jack Rochel.

The parties conferred with the Court. A confidential settlement of the matter was reached, the terms of which were placed on the record. The Court sealed the proceedings.

Subject to being taken off calendar in the event the settlement is consummated by then, the Court continued the hearing on Plaintiff's Applications to November 7, 2017 at 2:30 p.m.

| | 2 | : | 45 |
|---|---|---|---|
| Initials of Preparer | hr | | |